UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAFEWAY INC., et al.,<br><br>    Defendants. | Case No. 21-cv-09266-DMR<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT** |

Plaintiff Richard Sepulveda filed the complaint on November 30, 2021. It appears that the summons and complaint have not yet been served on Defendants. Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 90 days after the complaint is filed. Accordingly, Plaintiff is hereby ORDERED to show cause in writing by no later than March 23, 2022 why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendants.

**IT IS SO ORDERED.**

Dated: March 16, 2022



Donna M. Ryu
United States Magistrate Judge